Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*Howard Schatz and Beverly Ornstein*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| HOWARD SCHATZ and BEVERLY ORNSTEIN, <br><br> Plaintiff, <br><br> v. <br><br> HERBALIFE INTERNATIONAL OF AMERICA, INC., <br><br> Defendant. | CASE NO.: 2:26-cv-05074 <br><br> **COMPLAINT FOR COPYRIGHT INFRINGEMENT** <br><br> **(INJUNCTIVE RELIEF DEMANDED)** |

Plaintiff HOWARD SCHATZ and BEVERLY ORTSTEIN (collectively "Plaintiffs") by and throughhis undersigned counsel, brings this Complaint against Defendant HERBALIFE INTERNATIONAL OF AMERICA, INC. for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1. Plaintiffs HOWARD SCHATZ ("Schatz") and BEVERLY ORNSTEIN ("Ornstein") bring this action for violations of exclusive rights under the Copyright

1

COMPLAINT FOR COPYRIGHT INFRINGEMENT                    CASE NO.: 2:26-cv-05074

Act, 17 U.S.C. §106, to copy and distribute Plaintiffs' original copyrighted Work of authorship.

2.      Schatz and Ornstein are American photographers whose photographs are exhibited in museums and photography galleries internationally and are included in innumerable private collections. Schatz and Ornstein have received international acclaim for their works and have won virtually every award in their field, including numerous "Photographer of the Year" awards and Gold Medals in the most prestigious competitions, such as Graphis Photography Annual and One Eyeland. Their works have also been published in twenty-two monographs.

3.      Defendant HERBALIFE INTERNATIONAL OF AMERICA, INC. ("Herbalife") is a global health and wellness company founded in 1980 by Mark R. Hughes. The company develops and sells science-backed nutrition products, including meal replacement shakes, protein supplements, vitamins, sports nutrition, and personal care items, distributed through a direct-selling, multi-level marketing (MLM) model. Headquartered in Los Angeles, California, and operating in more than 90 countries, Herbalife serves millions of consumers worldwide through a network of independent distributors who provide personalized coaching, nutrition education, and community-based support. The company is publicly traded on the New York Stock Exchange (NYSE: HLF) and continues to focus on weight management, daily nutrition, and active lifestyle solutions. At all times relevant herein, Herbalife owned and operated the website located at the internet URL www.herbalife.com (the "Website").

4.      Plaintiffs allege that Defendant copied Plaintiffs' copyrighted Work from the internet in order to advertise, market and promote its business activities. Herbalife committed the violations alleged in connection with Defendant's business for purposes of advertising and promoting sales to the public in the course and scope of the Herbalife's business.

COMPLAINT FOR COPYRIGHT INFRINGEMENT                                    CASE NO.: 2:26-cv-05074

SRIPLAW

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

**SRIPLAW**

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in California.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Herbalife engaged in infringement in this district, Herbalife resides in this district, and Herbalife is subject to personal jurisdiction in this district.

## DEFENDANT

9. Herbalife International of America, Inc. is a Nevada Corporation, with its principal place of business at 800 West Olympic Boulevard, Suite 406, Los Angeles, California, 90502-1001, and can be served by serving its Registered Agent, Corporate Creations Network Inc., 7801 Folsom Boulevard, Suite 202, Sacramento, California, 95826.

## THE COPYRIGHTED WORK AT ISSUE

10. In 2001, Schatz created the photograph entitled "Shawn_Crawford_001"which is shown below and referred to herein as the "Work".



3

11. Plaintiffs registered the Work with the Register of Copyrights on April 19, 2006, as part of a group registration. The Group Registration was assigned registration number VAu 708-396. The Certificate of Registration is attached hereto as **Exhibit 1**.

12. At all relevant times Plaintiffs were the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY HERBALIFE

13. Herbalife has never been licensed to use the Work for any purpose.

14. On a date after the Work was created, but prior to the filing of this action, Herbalife copied the Work.

15. On or about August 20, 2025, Plaintiffs discovered the unauthorized use of his Work on the Website in a PDF for the "Training Product – Herbalife24."

16. Herbalife copied Plaintiffs' copyrighted Work without Plaintiffs' permission.

17. After Herbalife copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its health and wellness business.

18. Herbalife copied and distributed Plaintiffs' copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

19. Herbalife committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

20. Plaintiffs never gave Defendant permission or authority to copy, distribute or display the Work at issue in this case.

21. Plaintiffs notified Herbalife of the allegations set forth herein on February 24, 2026 and March 16, 2026. To date, the Parties have failed to resolve the matter.

4

COMPLAINT FOR COPYRIGHT INFRINGEMENT

CASE NO.: 2:26-cv-05074

SRIPLAW

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

**SRIPLAW**

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

## COUNT I
## DIRECT COPYRIGHT INFRINGEMENT

22.     Plaintiffs incorporate the allegations of paragraphs 1 through 21 of this Complaint as if fully set forth herein.

23.     Plaintiffs own a valid copyright in the Work.

24.     Plaintiffs registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

25.     Herbalife copied, displayed, and distributed the Work and made derivatives of the Work without Plaintiffs' authorization in violation of 17 U.S.C. § 501.

26.     Herbalife performed the acts alleged in the course and scope of its business activities.

27.     Defendant's acts were willful.

28.     Plaintiffs have been damaged.

29.     The harm caused to Plaintiffs has been irreparable.

## COUNT II
## VICARIOUS COPYRIGHT INFRINGEMENT

30.     Plaintiffs incorporate the allegations of paragraphs 1 through 21 of this Complaint as if fully set forth herein.

31.      Upon information and belief, a third party committed copyright infringement when they copied, displayed, and made derivatives of the Work.

32.     Herbalife has a direct financial interest in the infringing material because it derives profits from the Website displaying the infringed Work.

33.     Despite having the ability to stop the infringed Work from being displayed on its Website, Herbalife allowed the materials to remain up for display.

34.     To the extent that the actions described above were performed by the third-party alone, Herbalife is vicariously liable for the unauthorized copying, display,

5

distribution, and creation of derivative works of the Work without Plaintiffs' authorization in violation of 17 U.S.C. § 501.

35.    Plaintiffs have been damaged.

36.    The harm caused to Plaintiffs has been irreparable.

WHEREFORE, the Plaintiffs HOWARD SCHATZ and BEVERLY ORNSTEIN pray for judgment against the Defendant HERBALIFE INTERNATIONAL OF AMERICA, INC. that:

a.    Herbalife and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b.    Herbalife be required to pay Plaintiffs their actual damages and Defendant's profits attributable to the infringement, or, at Plaintiffs' election, statutory damages, as provided in 17 U.S.C. § 504;

c.    Plaintiffs be awarded their attorneys' fees and costs of suit under the applicable statutes sued upon;

d.    Plaintiffs be awarded pre- and post-judgment interest; and

e.    Plaintiffs be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiffs hereby demand a trial by jury of all issues so triable.

DATED: May 11, 2026             Respectfully submitted,


                                /s/ Matthew L. Rollin
                                MATTHEW L. ROLLIN
                                **SRIPLAW, P.A.**
                                *Counsel for Plaintiff Howard Schatz and
                                Beverly Ornstein*

6