# Exhibit 2



TRAINING ≫ product







# Herbalife24

Nutrition for the 24-Hour Athlete™



**HERBALIFE.**

NUTRITION FOR A BETTER LIFE.

# You are a 24-Hour Athlete™
Healthy + Active Lifestyle



All athletes have three major areas of focus:

- Training
- Recovery
- Nutrition



Herbalife set out to make a nutrition program for the 24-Hour Athlete™

## Herbalife24 Philosophy

- Complete: 7 product customizable program
- Credible: Based on science
- Confidence: Tested for banned substances
- Committed: All-natural colors, flavors and sweeteners





# 24-Hour Nutrition





# Completely Customizable Program



|  | Endurance | Fitness | Strength | Everyone |
|---|---|---|---|---|
| F1 Sport | | | | |
| Hydrate | | | | |
| Prolong | | | | |
| Prepare | | | | |
| Endurance | | | | |
| Strength | | | | |
| Restore | | | | |



FORMULA 1 SPORT

MORNING | BEFORE WORKOUT | DURING WORKOUT | AFTER WORKOUT | NIGHT



# Formula 1 Sport
## Healthy Meal for Athletes

  

Nutritional shake mix
Vanilla flavor



# Formula 1 Sport
## Healthy Meal for Athletes

FORMULA 1 SPORT

MORNING | BEFORE WORKOUT | DURING WORKOUT | AFTER WORKOUT | NIGHT





- Same great nutrition as Formula 1
- Dairy protein
- Low lactose



# Formula 1 Sport
## Healthy Meal for Athletes

FORMULA 1 SPORT

| MORNING | BEFORE WORKOUT | DURING WORKOUT | AFTER WORKOUT | NIGHT |



|  | Formula 1 | Formula 1 Sport |
|---|---|---|
| Benefit | Healthy meal, heart health | Meal for athletes |
| Servings | 30 | 30 |
| Calories | 90 | 90 |
| Carbs (g) | 13 | 13 |
| Sugar (g) | 9 | 9 |
| Protein (g) | 9 | 9 |
| Protein | Soy isolate | Milk |
| L-Glutamine | - | + |
| Vitamin C+D | 25% DV | 100% DV |

Milk protein:
Whey + casein: ideal for athletes

L-Glutamine:
Depleted easily in athletes, restores muscle

Increased vitamins and minerals:
To meet higher metabolic demands of athletes




# Hydrate

Advanced Hydration with Bioavailable Electrolytes





Dietary supplement
Powder mix
Tangerine Citrus flavor



MORNING | BEFORE WORKOUT | DURING WORKOUT | AFTER WORKOUT | NIGHT

# Hydrate
## Advanced Hydration with Bioavailable Electrolytes



- 15 calories (H3O® has 60 calories)

- Only 1g sugar

- Caffeine free – drink day or night!

- Bioavailable electrolytes - easily absorbed

- Great for active and less-active people

- Natural sweeteners

## Hydration for anyone!



20 convenient stick packs





PREPARE

MORNING | BEFORE WORKOUT | DURING WORKOUT | AFTER WORKOUT | NIGHT

# Prepare
Support Blood Flow to Working Muscles

  

Dietary supplement
Powder mix

PREPARE

MORNING | BEFORE WORKOUT | DURING WORKOUT | AFTER WORKOUT | NIGHT

# Prepare
## Support Blood Flow to Working Muscles



Enhanced blood flow

# Nitric Oxide



Lean muscle mass

# Muscle strength






# Prepare
## Support Blood Flow to Working Muscles

PREPARE

MORNING | BEFORE WORKOUT | DURING WORKOUT | AFTER WORKOUT | NIGHT

## How is Prepare different than Niteworks®?

| | Niteworks® | Prepare |
|---|---|---|
| Benefit | General Heart Health | Athletic |
| L-Arginine | + | + |
| L-Citrulline | + | + |
| L-OrnithineaKG | - | + |
| | | |
| Creatine | - | + |

- Heart health
- Blood flow

- Strength




# Prolong

Sustain Performance with Dual-Source Carbohydrates and Electrolytes





Dietary supplement
Powder mix
Subtle Citrus flavor





# Prolong
Sustain Performance with Dual-Source Carbohydrates and Electrolytes

**Pro athletes can burn thousands of extra calories every day!**

**Soccer game: 2000 calories /  bike race: 3000**

- 260 calories – perfect for aerobic sports
- Blend of carbohydrates for energy
- Loaded with bioavailable electrolytes
- Small amount of protein
- Subtle, easy-to-drink

 





# Rebuild

Replace Lost Nutrients, Rebuild Muscle



Rebuild Endurance:
Dietary supplement
Powder mix

Rebuild Strength:
Dietary supplement
Powder mix

HERBALIFE.

*Nutrition for a better life.*

16



# Rebuild Endurance
## Glycogen Replacement and Muscle Recovery



- Replenishes muscle glycogen quickly
- Whey and casein for sustained muscle-building



**3:1** ⟶ What athletes look for:
30 g carbohydrates / 10 g protein

REBUILD STRENGTH

| MORNING | BEFORE WORKOUT | DURING WORKOUT | AFTER WORKOUT | NIGHT |

# Rebuild Strength
## Immediate and Sustained Muscle Recovery





24 g whey & casein protein ➡ Lean muscle mass

Branched chain amino acids (BCCAs) ➡ Jumpstarts recovery

L-Glutamine ➡ Muscle building block / immunity

Precise amount of carbohydrates ➡ Helps utilize the protein

HERBALIFE.

*Nutrition for a better life.*

18




# Restore:

Combat Exercise-Induced Inflammation



Dietary supplement
Capsule



RESTORE

| MORNING | BEFORE WORKOUT | DURING WORKOUT | AFTER WORKOUT | NIGHT |

# Restore
## Combat Exercise-Induced Inflammation

- Fights inflammation associated with exercise

- Antioxidant protection

- Support the immune system



Turmeric, berry extracts, Vitamin C, alpha-lipoic acid and beta-carotene

**HERBALIFE.**

*Nutrition for a better life.*

20

# 24-Hour Nutrition





